UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DARREN SHANNON,

        Defendant.
        _____/

No. 13-20773

District Judge Patrick J. Duggan

Magistrate Judge R. Steven Whalen

**ORDER**

Defendant DARREN SHANNON appeared in open court on March 19, 2014 with his newly-appointed C.J.A. Panel Attorney, for hearing on his motion for review of order of detention [Doc. #32]. At that time, Defendant and his attorney requested that Defendant be permitted to withdraw this motion without prejudice, such that it might be re-filed after new counsel had the opportunity to consult with Defendant and garner additional support. Accordingly,

IT IS ORDERED that Defendant's motion for review of detention order [Doc. #32] is WITHDRAWN WITHOUT PREJUDICE, and that Defendant may re-file the motion at a later date. The previously entered order of detention without prejudice shall continue in effect.

Dated: March 20, 2014

                                          s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 22, 2014, electronically and/or by U.S. mail.

                                            s/Michael Williams
                                            Case Manager to the
                                            Honorable R. Steven Whalen